# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1544
Lower Tribunal No. 13-28096
_____

**Brett Weinberg,**
Appellant,

vs.

**GEICO General Insurance Company,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Rosa I. Rodriguez, Judge.

Bushell Law, P.A., and Daniel A. Bushell (Fort Lauderdale); Scott J. Edwards, P.A., and Scott Edwards (Boca Raton); The Law Offices of Brett A. Weinberg, and Brett A. Weinberg, for appellant.

Young, Bill, Boles, Palmer & Duke, P.A., and B. Richard Young, Adam A. Duke, Michel A. Morgan and Derek L. Veliz, for appellee.


Before FERNANDEZ, LOGUE and SCALES, JJ.

PER CURIAM.

We affirm the trial court's grant of summary judgment. Because Appellee GEICO concedes Appellant Brett Weinberg's entitlement to (but not the amount of) fees based on GEICO's confession of judgment, and because the trial court's summary judgment retained jurisdiction to address the parties' claims for fees, we do not reach the fee issue raised by Appellant.

Affirmed.